IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-13-D
No. 5:14-CV-389-D

| | |
|---|---|
| CHRISTOPHER KEON GREEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

On March 16, 2015, Christopher Keon Green ("Green") filed a motion for reconsideration [D.E. 83] and a motion for leave to appeal [D.E. 84]. Each motion concerns this court's order of February 3, 2015, granting the government's motion to dismiss Green's section 2255 motion and denying a certificate of appealability [D.E. 81].

The court has considered Green's motion for reconsideration under the governing standard. See Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995); Collison v. Int'l Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994); Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). The motions [D.E. 83, 84] lack merit and are DENIED. The court DENIES a certificate of appealability.

SO ORDERED. This 31 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge